[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13418
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 22, 2010
JOHN LEY
CLERK

D. C. Docket No. 06-60243-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IRMA MARTINEZ,
a.k.a. Irma Martinez-Garcia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 22, 2010)

Before BIRCH, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Kathleen M. Williams, appointed counsel for Irma Martinez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Martinez's probation and her sentence are **AFFIRMED**.